# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

LAUREN EBRON,

                *Plaintiff*,

    v.

GOLDEN LIVING CENTER-STENTON,
*et al*.,

                *Defendants*.

CIVIL ACTION
NO. 14-03080

## <u>ORDER</u>

     **AND NOW**, this 6th day of March, 2015, upon consideration of Plaintiff's Motion for a

Jury Trial Pursuant to F.R.C.P. 39(b) (ECF No. 27), Defendants' response thereto (ECF No. 28),

and following a telephone conference with counsel (ECF Nos. 33-34), it is hereby **ORDERED**

that Plaintiff's Motion is **GRANTED**.

BY THE COURT:

    */s/ Gerald J. Pappert*
GERALD J. PAPPERT, J.